

Stefani C Schwartz, Esq.
sschwartz@hatfieldschwartzlaw.com
973.737.8315

December 10, 2025

**Via ECF**
The Honorable Stacey D. Adams, Magistrate Judge
United States District Court District of New Jersey
MLK Building & U.S. Courthouse
50 Walnut Street, Newark, NJ 07102

    **Re: Patrick Thomas v. Township of Bloomfield et at.**
       **Docket No. 2:25-cv-17606-ES-SDA**

Dear Judge Adams:

  This office represents Defendants Township of Bloomfield, Bloomfield Fire Department, Walter Coffey, and Chief Lou Venezia ("Defendants") in the above-referenced matter. Please disregard our previous request as opposing counsel advised service was effected on November 21, 2025, not November 25, 2025. We apologize for the previous inaccuracy.

  Defendants request an extension of the filing deadline to Answer or otherwise respond to the Complaint for a period of fourteen (14) days pursuant to L. Civ. R. 6.1(b). If granted, Defendants' response to the Complaint will be due on December 26, 2025. This request is made three (3) days prior to the expiration of the original deadline.

  Defendants have not previously requested or been granted an extension of time to answer or otherwise respond to the Complaint.

  We thank Your Honor for your attention to this matter.

      Respectfully Submitted,

      HATFIELD SCHWARTZ LAW GROUP LLC

      By: */s/ Stefani C Schwartz*
       STEFANI C SCHWARTZ, ESQ.

CC: Michael T. Ashley, Esq. (via CM/ECF)