

December 19, 2025

**VIA ELECTRONIC FILING**
The Honorable Stacey D. Adams, U.S.M.J.
United States District Court, District of New Jersey
MLK Building & U.S. Courthouse
50 Walnut Street, Newark, NJ 07101

    Re:    **Patrick Thomas v. Township of Bloomfield, et al.**
              **Civil Action No. 2:25-cv-17606-ES-SDA**

Dear Judge Adams:

    This firm represents Defendants, Township of Bloomfield, Bloomfield Fire Department and Lou Venezia ("Defendants") in the above-captioned matter. The Defendants were served the Amended Complaint on December 12, 2025. Pursuant to L. Civ. R. 6.1(b), our firm previously obtained the automatic 14-day extension to respond to the Complaint. Accordingly, Defendants' Answer is due on December 26, 2025.

    Plaintiff's counsel has consented to a 30-day extension to Answer. We request this extension due to the holiday season. We respectfully request a thirty (30) day extension to file our Answer by **January 25, 2026**. This is Defendants' first request for an extension beyond the automatic extension. The extension would not affect any other scheduled dates or deadlines.

    Thank you for your attention to this matter.

                                    Respectfully submitted,

                                    HATFIELD SCHWARTZ LAW GROUP LLC

                                    By: */s/ Stefani C Schwartz*
                                        STEFANI C SCHWARTZ, ESQ.

cc: Michael T Ashley Esq., (via ECF)