Patrick J. Madden, Esquire – ID 019781996
Law Office of Patrick J. Madden, LLC
204 Glenwood Ave.
Haddonfield, NJ 08033
609-413-5635
Attorney for Defendant, Walter Coffey

| | |
|---|---|
| PATRICK THOMAS,<br>Plaintiff,<br><br>v.<br><br>TOWNSHIP OF BLOOMFIELD;<br>BLOOMFIELD FIRE DEPARTMENT;<br>WALTER COFFEY in his Official and<br>Individual capacity; CHIEF LOU<br>VENEZIA in his Official and Individual<br>Capacity; and JOHN DOES 1-10,<br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 25-17606 (ES)(SDA)<br><br>**SUBSTITUTION OF ATTORNEY** |

Please take notice that the undersigned do hereby consent to and acknowledge the substitution of Patrick J. Madden, Esquire as counsel of record for Defendant, Walter Coffey, in the stead of Stefani Schwartz, Esquire.

**PREDECESSOR COUNSEL:**

**Hatfield Schwartz Law Group LLC**
Attorneys for Defendant

*/s Stefani Schwartz*
_____
Dated:  December 23, 2025         Stefani Schwartz, Esquire

**SUCCESSOR COUNSEL:**

**Law Office of Patrick J. Madden, LLC**
Attorneys for Defendant

**s/ Patrick J. Madden**

Dated:  December 23, 2025        Patrick J. Madden, Esquire