# LAW OFFICES
## OF
# PATRICK J. MADDEN, LLC

204 GLENWOOD AVE.
HADDONFIELD, NJ
08033-0389
PHONE 609-413-5635
FAX 856-624-3525
PJM@PJMADDENLAW.COM



CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
CIVIL TRIAL ATTORNEY

January 7, 2026

<u>Via CM/ECF</u>
Clerk of the Court
United States District Court for the
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: Thomas vs. Bloomfield, et als
2:25-cv-17606-ES-SDA

Dear Clerk:

As the Court's docket will reflect, I represent the Defendant Walter Coffey. Respecting the Clerk's Entry of Default as to Mr. Coffey, my client has not been served with Plaintiff's Summons and Complaint. The Affidavit of Service submitted with respect to Mr. Coffey, [Document 5] indicates that Mr. Coffey was served at the Bloomfield Fire Department via delivery of the Summons and Complaint to a Kim Beese, described as a "Managing Agent." For ease of reference, the Affidavit of Service is attached herewith.

Pursuant to Fed.R.Civ.P. 4(e), service upon an individual is accomplished by:

(A) delivering a copy of the summons and of the complaint to the individual personally;

(B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or

(C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

None of those prerequisites of service were satisfied here. There is nothing on record that would indicate that Ms. Beese was authorized to accept service on behalf of Mr. Coffey.

  I did advise Plaintiff's Counsel on December 23, 2025 that while Mr. Coffey had not been served, I was authorized to execute an affidavit of service on his behalf, and provided Counsel with same. A copy of that communication and acknowledgement is enclosed herewith.

  I have placed a call to Plaintiff's Counsel in order to address this, but must respectfully object to this improvidently entered default against my client.

  I thank the Court for its courtesies herein.

           Respectfully,

           Law Offices of Patrick J. Madden, LLC

           *Patrick J. Madden*

           Patrick J. Madden, Esquire

PJM:

cc:  all counsel via CM/ECF
   client



20251121095750

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: SUMMONS AND COMPLAINT, CERTIFICATION, CIVIL COVER SHEET<br>EFFECTED (1) BY ME: DAVID TORRES<br>TITLE: PROCESS SERVER | DATE: 11/21/2025 11:56:01 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

FIREFIGHTER WALTER COFFEY

Place where served:

BLOOMFIELD FIRE DEPARTMENT  375 FRANKLIN STREET  BLOOMFIELD  NJ  07003

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KIM M BEESE

Relationship to defendant   **MANAGING AGENT**

Description of Person Accepting Service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____ . _____          SERVICES $ _____ . _____          TOTAL $ _____ . _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Served Data:
Subscribed and Sworn to me this

9th day of December, 2025

Notary Signature _____

Rosemary Ramos            September 25th, 2028
Name of Notary            My Commission Expires

I, DAVID TORRES, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____   12/09/2025
Signature of Process Server      Date

ATTORNEY:   MICHAEL T. ASHLEY, ESQ.
PLAINTIFF:  PATRICK THOMAS
DEFENDANT:  TOWNSHIP OF BLOOMIFIELD, ET AL
VENUE:      DISTRICT
DOCKET:     2 25 CV 17606 ES SDA
COMMENT:    BROWN REDDISH HAIR NICE LADY

| | |
|---|---|
| **From:** | pjm |
| **To:** | "Michael T. Ashley, Esq." |
| **Cc:** | Stefani C Schwartz |
| **Subject:** | Thomas vs. Bloomfield, et als |
| **Date:** | Tuesday, December 23, 2025 8:12:00 AM |
| **Attachments:** | Acknowledgement of Service.pdf |

Good morning. I did have a chance to talk to my client who has not yet been served, but he has authorized me to accept service of the complaint on his behalf and I enclose an acknowledgement of service herewith.

Thanks much, and have a Happy Holiday.

### Patrick J. Madden, Esquire

Law Office of Patrick J. Madden, LLC

Certified by the N.J. Supreme Court

as a Civil Trial Attorney

609-413-5635

204 Glenwood Ave.

Haddonfield, NJ 08033

pjm@pjmaddenlaw.com

https://pjmaddenlaw.com/

CONFIDENTIALITY NOTICE: The information and all attachments contained in this electronic communication are Legally privileged and confidential information, subject to the attorney-client privilege and intended only for the use of the intended recipients. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately of the error by return e-mail and please permanently remove any copies of this message from your system. Do not retain any copies, whether in electronic or physical form or otherwise. Thank you. Law Offices of Patrick J. Madden, LLC.

 Nulla hinc expectantur Hispaniae inquisitio.

Patrick J. Madden, Esquire – ID 019781996
Law Office of Patrick J. Madden, LLC
204 Glenwood Ave.
Haddonfield, NJ 08033
609-413-5635
Attorney for Defendant, Walter Coffey

| | |
|---|---|
| PATRICK THOMAS, Plaintiff, <br><br> v. <br><br> TOWNSHIP OF BLOOMFIELD; BLOOMFIELD FIRE DEPARTMENT; WALTER COFFEY in his Official and Individual capacity; CHIEF LOU VENEZIA in his Official and Individual Capacity; and JOHN DOES 1-10, Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY <br><br> Civil Action No.: 25-17606 (ES)(SDA) <br><br> **ACKNOWLEDGEMENT OF SERVICE** |

TO: Michael T. Ashley, Esquire
ASHLEY LAW, A Limited Liability Company
50 Park Place, Suite 1400
Newark, New Jersey 07102
P.973.623.0501 F.973.623.0329
E. ashleylaw@ashley-law.com
Bar No. 270032021
Attorneys for Plaintiff Patrick Thomas

Please take notice that the undersigned, as counsel of record for Defendant, Walter Coffey, does hereby accept service of Plaintiff's Summons and Complaint.

**Law Office of Patrick J. Madden, LLC**
Attorneys for Defendant

**s/ Patrick J. Madden**
_____
Dated: December 23, 2025   Patrick J. Madden, Esquire