LAW OFFICES
OF

# PATRICK J. MADDEN, LLC



204 GLENWOOD AVE.
HADDONFIELD, NJ
08033-0389
PHONE 609-413-5635
FAX 856-624-3525
PJM@PJMADDENLAW.COM

CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
CIVIL TRIAL ATTORNEY

June 11, 2026

**VIA ELECTRONIC FILING**
The Honorable Stacey D. Adams, U.S.M.J.
United States District Court, District of New Jersey
MLK Building & U.S. Courthouse
50 Walnut Street, Newark, NJ 07101

> **Re:  Patrick Thomas v. Township of Bloomfield, et al.**
> **Civil Action No.: 2:25-cv-17606-ES-SDA**

Dear Judge Adams:

Please accept this correspondence as a request for adjournment of the status conference scheduled for June 16, 2026 at 11:30 a.m.

I will be out of the country on a pre-planned vacation and will be unable to appear.

Counsel for defendant Township of Bloomfield consents to this request. Plaintiff has not yet responded to my request for consent. I am, however, submitting this letter nevertheless in that I will be leaving on June 12, 2026.

For purposes of rescheduling, counsel for Bloomfield and the undersigned are available June 19 and the week of June 22, save for June 25 and 26. I did request the availability of Plaintiff's counsel, but have not yet heard back as indicated.

I thank the Court for its courtesies herein.

Respectfully submitted,

Law Offices of Patrick J. Madden, LLC

*Patrick J. Madden*

Patrick J. Madden, Esquire

PJM:

cc:     all counsel via ECF